# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MIKALE KADEEM RUFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-185 |
| | ) | |
| CHATHAM COUNTY BOARD OF COMMISSIONERS; PRISON HEALTH SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Mikale Kadeem Ruffin filed this 42 U.S.C. § 1983 case against the Chatham County Board of Commissioners and Prison Health Services Inc. Doc. 1. The Court granted his IFP motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of fees form by August 2, 2012. Doc. 3 at 4. It also warned him that failure to comply could result in dismissal of his case. *Id.* at 5. Ruffin has failed to comply.

Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b)

(authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 9th day of August, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA