```
                                              FILED
                                        U.S. DISTRICT COURT
                                            SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 SEP 28  PM 2: 29

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| MIKALE KADEEM RUFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-185 |
| | ) | |
| CHATHAM COUNTY BOARD OF COMMISSIONERS and PRISON HEALTH SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA