FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 SEP 28 PM 2:29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MIKALE KADEEM RUFFIN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-185
)
CHATHAM COUNTY BOARD OF )
COMMISSIONERS and PRISON )
HEALTH SERVICES, INC., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA